IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **RICKEY BELL, individually and on behalf of all others similarly situated,** *Plaintiff*, | § § § § |
| **v.** | § §   NO. MO:17-CV-00049-DC |
| **JAN Resources, LLC, KATHRYN JACOBS-HELLER, JAMES LOFTON, AND JAMES LEE** *Defendants*. | § § § § § |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

BEFORE THE COURT is Plaintiff Rickey Bell, individually and on behalf of all others similarly situated ("Plaintiff") and Defendants JAN Resources, LLC, Kathryn Jacobs-Heller, James Lofton, and James Lee's (collectively "Defendants") Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit with Prejudice. (Doc. 21). Plaintiff and Defendants have arrived at a settlement and have requested court approval of their Settlement Agreement. (*Id.*). The Court has reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all Parties, reasonably resolves a bona fide disagreement between the Parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the Parties to fully and finally resolve all claims asserted. (Doc. 21-1). Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that the Joint Motion for Approval of Settlement is **GRANTED**, and the Settlement Agreement is **APPROVED**. (Doc. 21).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, with costs of court and attorney's fees being assessed against the Party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 25th day of January, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE